463 A.2d 41

Commonwealth v. McFarland, Appellant.

Submitted March 15, 1983. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for · Commonwealth, appellee.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.